958

No. 616, Misc.   BASSETT v. TAHASH, WARDEN.   Supreme Court of Minnesota.   Certiorari denied.

No. 618, Misc.   LEHMAN v. ILLINOIS.   Supreme Court of Illinois.   Certiorari denied.

No. 621, Misc.   SHIPMAN v. INDIANA.   Supreme Court of Indiana.   Certiorari denied.

No. 624, Misc.   SWANSON v. CALIFORNIA.   District Court of Appeal of California, Second Appellate District. Certiorari denied.

No. 628, Misc.   WELLER v. CALIFORNIA.   District Court of Appeal of California, Third Appellate District.   Certiorari denied.

No. 633, Misc.   COOPER v. WIMAN, WARDEN.   Supreme Court of Alabama.   Certiorari denied.   Petitioner *pro se*. *MacDonald Gallion*, Attorney General of Alabama, and *David W. Clark*, Assistant Attorney General, for respondent.

No. 639, Misc.   MOORE v. CALIFORNIA.   District Court of Appeal of California, First Appellate District.   Certiorari denied.

No. 643, Misc.   SIRES v. RHAY, PENITENTIARY SUPERINTENDENT.   Supreme Court of Washington.   Certiorari denied.